NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DOUGLAS M. BAGGE,                          )
                                           )
            Appellant,                     )
                                           )
v.                                         )        Case No. 2D18-1595
                                           )
NEW YORK LIFE INSURANCE                    )
COMPANY,                                   )
                                           )
            Appellee.                      )
_____)

Opinion filed March 20, 2019.

Appeal from the Circuit Court for
Hillsborough County; Rex M. Barbas,
Judge.

Duane A. Daiker, Michael S. Taaffe,
and Jarrod J. Malone of Shumaker, Loop
& Kendrick, LLP, Sarasota, for Appellant.

Wm. Jere Tolton, III of Ogden & Sullivan,
P.A., Tampa, for Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, VILLANTI, and MORRIS, JJ., Concur.